**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**LORRAINE GARRETT-GREER**                                           **PLAINTIFF**

**V.**                           **CIVIL ACTION NO. 1:08-CV-229-SA-DAS**

**KEY STAFF SOURCE, INC. and
FIBER DIRECT, INC.**                                                       **DEFENDANTS**

## **ORDER**

Pursuant to an opinion issued this day, it is hereby ordered that:

1. The Defendants' motion to dismiss is **DENIED AS MOOT**; and

2. The Defendants' amended motion to dismiss is **DENIED IN PART** and **GRANTED IN PART**.

**SO ORDERED** on this the 20th day of April, 2009.

                                                                **/s/ Sharion Aycock**
                                                                 **UNITED STATES DISTRICT JUDGE**